UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ANDREW TORO, Individually, and On
Behalf of All Others Similarly Situated,

                                        Case No. 1:22-cv-07667 (JMF)(BCM)

                       Plaintiff,

       -against-                       **NOTICE OF SETTLEMENT**

ISLAND PURSUIT, INC.
                       Defendant.
----------------------------------------------------------X

       Defendant Island Pursuit, Inc. ("Defendant") hereby notifies the Court that the present case has settled between Plaintiff Andrew Toro ("Plaintiff") and ("Defendant") (collectively, the "parties"), and states as follows:

       1.     A settlement agreement has been entered between the parties, and the parties will be presenting a consent decree for review and to be so ordered by the Court.

       2.     Upon so ordering the parties' proposed consent decree, the parties respectively request that the case be dismissed but that the Court retain jurisdiction for purposes of enforcing the so ordered consent decree.

Dated: January 20, 2023
       Uniondale, New York

                                                        Respectfully submitted,

                                                        RIVKIN RADLER LLP

                                                        *Lawrence S. Han*
                                                        Lawrence S. Han
                                                        926 RXR Plaza
                                                        Uniondale, New York 11556
                                                        Tel. (516) 357-3148
                                                        Fax (516) 357-3333

To: Mars Khaimov (via ECF)

1